# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION - COLUMBUS**

| | |
|---|---|
| DAVID STROUD & <br> BETH STROUD <br><br>     Plaintiffs <br><br> v. <br><br> HARBOR FREIGHT TOOLS USA, INC., <br> HARBOR FREIGHT TOOLS, and <br> JIANGSU YINGDELI INDUSTRIAL CO, LTD. <br><br>     Defendants. <br> _____/ | CASE NO. _____ <br><br> JUDGE: <br><br> MAGISTRATE JUDGE: |

**DECLARATION OF JOCELYN CUBBON DEMARS IN SUPPORT OF NOTICE OF REMOVAL OF HARBOR FREIGHT TOOLS USA, INC. TO UNITED STATES DISTRICT COURT OF THE SOUTHERN DISTRICT OF OHIO**

I, Jocelyn Cubbon DeMars, declare and state as follows:

1.      I am an attorney at law duly licensed to practice in all courts of the State of Ohio. I am a Senior Counsel in the law firm of Clyde & Co US LLP, counsel for defendant Harbor Freight Tools USA, Inc. (hereinafter "Harbor Freight Tools") in the above-captioned matter. I have personal knowledge of the facts contained in this declaration. I can competently testify to these facts if called as a witness in these proceedings.

2.      This declaration is submitted in support of Harbor Freight Tools' Notice of Removal to United States District Court of the Southern District of Ohio, filed concurrently herewith.

- 1 -

3. Attached hereto as Exhibit A are true and correct copies of Plaintiff's Original Summons and Complaint, filed on November 29, 2024, in the Franklin County Court of Common Pleas, Ohio, Case No. 2024CV009213 (hereinafter "the State Action").

4. Attached hereto as Exhibit B is a true and correct copy of the Proof of Service of Process on Harbor Freight Tools, served on December 9, 2024.

5. Attached hereto as Exhibit C is a true and correct copy of the Proof of Service of Process on Harbor Freight Tools USA, Inc.'s processing agent, Corporate Creations Network Inc., served on December 6, 2024.

6. Harbor Freight Tools USA, Inc. is, and was at all times relevant to this action, a corporation organized and existing under the laws of the State of Delaware with its principal place of business located in Calabasas, California. Attached hereto as Exhibit D is a true and correct copy of a document obtained from the website maintained by the State of Delaware, Department of State, Division of Corporations, which shows that Harbor Freight Tools USA, Inc. is a Delaware corporation (last visited on December 31, 2024).

7. Harbor Freight Tools USA, Inc. maintains its principal place of business in Calabasas, California. Attached hereto as Exhibit E is a true and correct copy of relevant parts of a webpage located on a website maintained by Harbor Freight Tools which shows that Harbor Freight Tools' principal place of business is in Calabasas, California (last visited on December 31, 2024).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 3, 2025, at Atlanta, Georgia.

_____
**JOCELYN CUBBON DEMARS**

- 2 -

# EXHIBIT A



**CORPORATE CREATIONS**®
Registered Agent • Director • Incorporation

**Corporate Creations Network Inc.**
801 US Highway 1 North Palm Beach, FL 33408

Harbor Freight Tools USA, Inc                                         December 09, 2024
Tammy Stafford Associate General Counsel
Harbor Freight Tools USA Inc
26677 Agoura Road
Calabasas CA 91302

# SERVICE OF PROCESS NOTICE

The following is a courtesy summary of the enclosed document(s).   **ALL information should be verified by you.**                    Item: 2024-1069

Note: Any questions regarding the substance of the matter described below, including the status or how to respond, should be
directed to the contact set forth in line 12 below or to the court or government agency where the matter is being heard. IMPORTANT:
All changes or updates to the SOP contact individuals or their contact information must be submitted in writing to
SOPcontact@corpcreations.com. Any changes will become effective upon written confirmation of Corporate Creations.

| 1. | Entity Served: | Harbor Freight Tools USA, Inc |
|---|---|---|
| 2. | Title of Action: | David Stroud vs. Harbor Freight Tools USA, Inc |
| 3. | Document(s) Served: | Summons<br>Clerk's Original Case Schedule<br>Complaint with Jury Demand Endorsed Hereon / Counts<br>Jury Demand |
| 4. | Court/Agency: | Franklin County Common Pleas Court |
| 5. | State Served: | Ohio |
| 6. | Case Number: | 24CV-11-9213 |
| 7. | Case Type: | Product Liability |
| 8. | Method of Service: | Certified Mail |
| 9. | Date Received: | Friday 12/06/2024 |
| 10. | Date to Client: | Monday 12/09/2024 |
| 11. | # Days When Answer Due:<br>Answer Due Date: | 28<br>Friday 01/03/2025 | CAUTION: Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of the service in their records matches the Date Received. |
| 12. | Sop Sender:<br>(Name, City, State, and Phone Number) | Curtis M. Fifner<br>Dublin, OH<br>614-230-0634 |
| 13. | Shipped To Client By: | Email Only with PDF Link |
| 14. | Tracking Number: | |
| 15. | Handled By: | 361 |
| 16. | Notes: | None. |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal
counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information.  At Corporate Creations, we take pride in developing systems
that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default
judgment. As registered agent, our role is to receive and forward service of process.  To decrease risk for our clients, it is not our role to determine the merits of whether service
of process is valid and effective.  It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate
Creations Network Inc.

MARYELLEN O'SHAUGHNESSY
CLERK OF THE FRANKLIN COUNTY COMMON PLEAS COURT, COLUMBUS, OHIO 43215
CIVIL DIVISION

DAVID STROUD
16204 E STATE ROUTE 37
SUNBURY, OH 43074,

PLAINTIFF,
VS.

HARBOR FREIGHT TOOLS USA INC
CORPORATE CREATIONS
119 E COURT ST
CINCINNATI, OH 45202,

DEFENDANT.

24CV-11-9213
**CASE NUMBER**

**** SUMMONS ****          11/29/24

TO THE FOLLOWING NAMED DEFENDANT:
    HARBOR FREIGHT TOOLS USA INC
    CORPORATE CREATIONS
    119 E COURT ST
    CINCINNATI, OH 45202


YOU HAVE BEEN NAMED DEFENDANT IN A COMPLAINT FILED IN FRANKLIN COUNTY
COURT OF COMMON PLEAS, FRANKLIN COUNTY HALL OF JUSTICE, COLUMBUS, OHIO,
BY:    DAVID STROUD
       16204 E STATE ROUTE 37
       SUNBURY, OH 43074,

                                              PLAINTIFF(S).

A COPY OF THE COMPLAINT IS ATTACHED HERETO. THE NAME AND ADDRESS OF
THE PLAINTIFF'S ATTORNEY IS:
    CURTIS M. FIFNER
    ELK & ELK CO., LTD.
    SUITE 200
    5555 FRANTZ ROAD
    DUBLIN, OH 43017

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON THE PLAINTIFF'S
ATTORNEY, OR UPON THE PLAINTIFF, IF HE HAS NO ATTORNEY OF RECORD, A COPY
OF AN ANSWER TO THE COMPLAINT WITHIN TWENTY-EIGHT DAYS AFTER THE SERVICE
OF THIS SUMMONS ON YOU, EXCLUSIVE OF THE DAY OF SERVICE. YOUR ANSWER
MUST BE FILED WITH THE COURT WITHIN THREE DAYS AFTER THE SERVICE OF A
COPY OF THE ANSWER ON THE PLAINTIFF'S ATTORNEY.

IF YOU FAIL TO APPEAR AND DEFEND, JUDGMENT BY DEFAULT WILL BE RENDERED
AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

MARYELLEN O'SHAUGHNESSY
CLERK OF THE COMMON PLEAS
FRANKLIN COUNTY, OHIO

BY:  TAMMY SEELIG, DEPUTY CLERK

                                              (CIV370-S03)

MARYELLEN O'SHAUGHNESSY
CLERK OF THE FRANKLIN COUNTY COMMON PLEAS COURT, COLUMBUS, OHIO 43215
CIVIL DIVISION

JUDGE M. HOLBROOK

DAVID STROUD
ET. AL.,
             PLAINTIFF,

                                    24CV-11-9213

VS.                              CASE NUMBER

HARBOR FREIGHT TOOLS USA INC
ET. AL.,
             DEFENDANT.

CLERK'S ORIGINAL CASE SCHEDULE
---------------------------------

|  | LATEST TIME OF OCCURRENCE |
|---|---|
| CASE FILED | 11/29/24 |
| INITIAL DISCLOSURES OF THE PARTIES [CIV. R. 26(B)(3)] | 02/24/25 |
| DISCOVERY CONFERENCE OF COUNSEL AND UNREPRESENTED PARTIES [CIV. R. 26(F)] | 03/31/25 |
| JOINT DISCOVERY PLAN TO BE FILED | 14 DAYS AFTER DISCOVERY CONFERENCE |
| CASE MANAGEMENT CONFERENCE WITH COURT | 04/28/25 0900 AM |
| EXPERT WITNESS [CIV. R. 26(B)(7)] |  |
| DISCLOSE IDENTITY - PARTY WITH BURDEN | 06/30/25 |
| DISCLOSE IDENTITY - PARTY WITHOUT BURDEN | NO LATER THAN 30 DAYS AFTER OPPOSING DISCLOSURE |
| EXPERT REPORT & CV DUE - PARTY WITH BURDEN | 09/22/25 |
| EXPERT REPORT & CV DUE - PARTY WITHOUT BURDEN | NO LATER THAN 60 DAYS AFTER OPPOSING REPORTS |
| DISPOSITIVE MOTION DEADLINE | 04/20/26 |
| DISCOVERY CUTOFF DATE | 06/22/26 |
| FINAL PRETRIAL CONFERENCE | 11/02/26 0900 AM |
| TRIAL ASSIGNMENT | 11/30/26 0900 AM |

PAGE    1



MARYELLEN O'SHAUGHNESSY
CLERK OF THE FRANKLIN COUNTY COMMON PLEAS COURT, COLUMBUS, OHIO 43215
CIVIL DIVISION

JUDGE M. HOLBROOK

DAVID STROUD
ET. AL.,
PLAINTIFF,

VS.

HARBOR FREIGHT TOOLS USA INC
ET. AL.,
DEFENDANT.

24CV-11-9213

**CASE NUMBER**

CLERK'S ORIGINAL CASE SCHEDULE
----------------------------------

**NOTICE TO ALL PARTIES**
========================

Attorneys and unrepresented parties must become familiar with the 2020 amendments to the Ohio Rules of Civil Procedure and this court's Local Rules.

The Original Case Schedule is an important tool to assist the parties and the court in meeting case management guidelines in the Ohio Superintendence Rules, and otherwise achieving timely disposition of civil cases notwithstanding the priority given to criminal cases under Crim. R. 50.

Judicial Officers of this court may modify the Original Case Schedule following receipt of the parties' Joint Discovery Plan, or for good cause at any other point in the case. However, it is essential for attorneys and unrepresented parties to pursue their cases diligently from the outset. Deadlines set in the Rules and in this Original Case Schedule are normally binding, not merely aspirational.

BY ORDER OF THE COURT OF COMMON PLEAS,
FRANKLIN COUNTY, OHIO

MARYELLEN O'SHAUGHNESSY, CLERK

(CIV363-S10)

PAGE    2

Case: 2:25-cv-00007-EAS-CMV Doc #: 1-2 Filed: 01/03/25 Page: 9 of 29 PAGEID #: 131
Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Nov 29 3:49 PM-24CV009213
0H089 - T76

## MARYELLEN O'SHAUGHNESSY

### FRANKLIN COUNTY CLERK OF COURTS
### GENERAL DIVISION, COURT OF COMMON PLEAS

CASE TITLE: DAVID STROUD ET AL -VS- HARBOR FREIGHT TOOLS        CASE NUMBER: 24CV009213
USA INC ET AL

TO THE CLERK OF COURTS, YOU ARE INSTRUCTED TO MAKE:
CERTIFIED MAIL

DOCUMENTS TO BE SERVED:
COMPLAINT

PROPOSED DOCUMENTS TO BE SERVED:

UPON:
JIANGSU YINGDELI INDUSTRIAL CO LTD
NO 5 TONGFU ROAD
LEYU TOWN
ZHANGJIAGANG CITY CHINA
UNKNOWN, ZZ 11111

HARBOR FREIGHT TOOLS
C/O HARBOR FREIGHT TOOLS
26677 AGOURA ROAD
ATTN LEGAL
CALABASAS, CA 91302

HARBOR FREIGHT TOOLS USA INC
CORPORATE CREATIONS
119 E COURT ST
CINCINNATI, OH 45202

JUVENILE CITATIONS ONLY:

  HEARING TYPE:

    __ Date already scheduled at : Courtroom:

**Electronically Requested by:** CURTIS FIFNER

Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Nov 20 3:42 PM-24CV009433

0H089 - T77

**Attorney for:**

0H089 - T67

## IN THE COURT OF COMMON PLEAS,
## FRANKLIN COUNTY, OHIO

|  |  |  |
|---|---|---|
| DAVID & BETH STROUD<br>16204 East State Route 37<br>Sunbury, Ohio 43074 | : | Case No. |
|  | : |  |
| Plaintiffs, | : |  |
|  | : |  |
| vs. | : | Judge |
|  | : |  |
| HARBOR FREIGHT TOOLS USA, INC.<br>c/o Corporate Creations Network, Inc.<br>119 E. Court Street<br>Cincinnati, Ohio 45202 | :<br>:<br>: |  |
|  | : |  |
| and | : |  |
|  | : |  |
| HARBOR FREIGHT TOOLS<br>c/o Harbor Freight Tools USA, Inc.<br>26677 Agoura Road, Attn: Legal<br>Calabasas, California 91302 | :<br>:<br>: | Category B- Product Liability |
|  | : |  |
| and | : |  |
|  | : |  |
| JIANGSU YINGDELI INDUSTRIAL<br>CO, LTD.<br>No. 5 Tongfu Road<br>Leyu Town<br>Zhangjiagang City, China | :<br>:<br>:<br>: |  |
|  | : | **COMPLAINT WITH JURY** |
| Defendants. | : | **DEMAND ENDORSED HEREON** |

## COUNT ONE: PRODUCT LIABILITY PURSUANT TO ORC § 2307.71 et seq.

1. Plaintiffs David and Beth Stroud are natural people residing in Sunbury, Ohio.

2. Defendants Harbor Freight Tools, USA, Inc. and/or Harbor Freight Tools (collectively "Harbor Freight") are foreign corporations with a principal place of business in Calabasas, California and who do business in Columbus, Franklin County, Ohio. Harbor Freight supplies products and goods to citizens of the State

Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Nov 25 3:44 PM-24CV009213

Case: 2:25-cv-00007-EAS-CMV Doc #: 1-2 Filed: 01/03/25 Page: 12 of 29 PAGEID #: 24

of Ohio, specifically at 2441 E. Dublin-Granville Road, in Columbus, Franklin County, Ohio, and throughout the United States.

3. Defendant Harbor Freight also manufactures and/or designs ladders for sale, including Franklin ladders, in the State of Ohio. It advises its customers, "we have our products manufactured to our standards and specifications."

4. Defendant Jiangsu Yingdeli Industrial Co., Ltd. (Jiangsu) is a foreign corporation with a principal place of business in Zhangjiagang City, China and created under the laws of China. It is the manufacturer of the Franklin ladder purchased by Plaintiff David Stroud at the Harbor Freight store located at 2441 E. Dublin Granville Road in Columbus, Franklin County, Ohio on or about April 27, 2020.

5. In the alternative, Defendant Harbor Freight manufactured, designed, supplied and sold the Franklin ladder in question to Plaintiff David Stroud on or about April 27, 2020.

6. At the time of purchase on April 27, 2020, the Franklin ladder had been assembled by Defendants Harbor Freight and Jiangsu.

7. Defendants Harbor Freight and Jiangsu regularly engage in and solicit business from the State of Ohio and derive substantial revenue from supplying goods and services to Ohio residents.

8. Defendants Harbor Freight and Jiangsu further design and manufacture goods intended to be, and are, sold in the State of Ohio, and receive substantial revenue from the sale of its products in the State of Ohio.

Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Nov 25 3:44 PM-24CV009213

0H089 - T69

9. Jurisdiction and venue are proper in this Court because the defective Franklin ladder was sold to Plaintiff David Stroud in Franklin County, Ohio by Harbor Freight.

10. On or about November 30, 2022, Plaintiff David Stroud was using the Franklin ladder purchased from Harbor Freight and designed and/or manufactured by Harbor Freight and/or Jiangsu to hang Christmas lights.

11. The Franklin ladder was designed, formulated, created, tested, manufactured, marketed and/or imported by Defendants Harbor Freight and Jiangsu.

12. The Franklin ladder was placed into the stream of commerce, supplied by and ultimately delivered to the Harbor Freight store in Franklin County, Ohio by Defendants Harbor Freight and Jiangsu.

13. Harbor Freight's business focuses on the sale of tools and supplies intended for residential and commercial use.

14. On or about November 30, 2022, the Franklin ladder bent while Plaintiff David Stroud was hanging Christmas lights and using the ladder in its intended and customary practice, causing him to fall and sustain severe injuries, severe pain and suffering, a permanent and substantial physical deformity, loss of use of a limb and/or a loss of bodily organ system, and the inability to independently perform life-sustaining activities.

15. Defendants Harbor Freight and/or Jiangsu engage in the business of designing, formulating, producing, creating, making and/or constructing the ladder and/or components of the Franklin ladder.

3

16. The Franklin ladder is a product that is intended to be or reasonably foreseeable to be used by consumers like Plaintiff David Stroud.

17. The Franklin ladder manufactured by Defendants Harbor Freight and/or Jiangsu was defective, pursuant to Ohio Revised Code § 2307.74 because when it left the control of Defendants Harbor Freight and/or Jiangsu, it deviated in a material way from the design specifications, formula, or performance standards of Defendants Harbor Freight and/or Jiangsu, and from otherwise identical units manufactured to the same design specifications, formula, or performance standards.

18. In the alternative, pursuant to R.C. § 2307.75(A), the Franklin ladder was defective in design and formulation because, at the time it left the control of Defendants Harbor Freight and/or Jiangsu, the foreseeable risks associated with its design or formulation exceeded the benefits associated with that design or formulation.

19. Pursuant to R.C. § 2307.75(B), the Franklin ladder was marketed to hold up to 300 pounds. At the time of the ladder collapsing, Plaintiff David Stroud only weighed 190 pounds. As such, the nature and magnitude of the risks of harm associated with that design or formulation in light of the intended and reasonably foreseeable uses, modifications, or alterations of the product exceeded any actual utility of the product by failing to hold up the weight advertised.

20. Also pursuant to R.C. § 2307.75(B), there were not warnings to Plaintiff David Stroud that the ladder could not hold its stated weight, and the failure of that design or formulation to hold the stated weight was significantly likely to cause harm in light of the intended and reasonably foreseeable uses, modifications, or alterations of the product like hanging Christmas lights, and failed to conform to any

4

Franklin County Ohio Clerk of Courts of the Common Pleas- 2024 Nov 29 9:44 PM-24CV009213

0H089 - T71

applicable public or private standard that was in effect when the product left the control of Defendants Harbor Freight and/or Jiangsu, which made the design and/or formulation far more dangerous than a reasonably prudent consumer would expect when used in an intended or reasonably foreseeable manner.

21. Pursuant to R.C. § 2307.75(F), a practical and technically feasible alternative design and formulation was available that would have prevented the Franklin ladder from collapsing and causing Plaintiff David Stroud's injuries.

22. Pursuant to R.C. § 2307.76(A), the Franklin ladder was defective due to inadequate warning and instruction as Defendants Harbor Freight and/or Jiangsu knew or, in the exercise of reasonable care, should have known about the risk associated with the Franklin ladder of not supporting its advertised weight, which caused it to collapse and injure Plaintiff David Stroud as described above, and Defendants Harbor Freight and/or Jiangsu failed to provide the warning or instruction that a manufacturer exercising reasonable care would have provided concerning that risk, in light of the likelihood that the Franklin ladder would cause if it collapsed, causing the injuries to Plaintiff David Stroud as described above. .

23. Also pursuant to R.C. § 2307.76(A), the Franklin ladder was defective due to inadequate post-marketing warning or instruction because at the time it left the control of Defendants Harbor Freight and Jiangsu, those Defendants knew, or in the exercise of reasonable care, should have known about the risk associated with the Franklin ladder of not holding its stated weight and failed to provide the post-marketing warning or instruction that a manufacturer exercising reasonable care would have provided concerning that risk, in light of the likelihood that the product

0H089 - T72

would cause harm when it collapsed and injured Plaintiff David Stroud as described above.

24. Pursuant to R.C. § 2307.76(B), the Franklin ladder not holding its stated weight was not an open and obvious risk or a risk that would be a matter of common knowledge as an average person would believe the representation made that it holds 300 pounds and be able to support a 190-pound man like Plaintiff David Stroud.

25. Pursuant to R.C. § 2307.77, the Franklin ladder manufactured by Harbor Freight and/or Jiangsu was defective because it did not conform, when it left the control of Defendants Harbor Freight and/or Jiangsu, to the representation made that it could hold 300 pounds, even though Harbor Freight and/or Jiangsu did not act fraudulently, recklessly, or negligently in making the representation.

26. As a direct and proximate result of the defective manufacture, design, inadequate warning, and/or representations made by Defendants Harbor Freight and/or Jiangsu pursuant to R.C. § 2307.71 through R.C. § 2307.77, the Franklin ladder bent and collapsed on November 30, 2022, causing the injuries to David Stroud described above, including medical and hospital bills, past lost wages, a loss of earning capacity, mental pain, anguish, loss of enjoyment of life, and these injuries and damages will continue into the future.

27. In the alternative, Defendant Harbor Freight, pursuant to R.C. § 2307.78, was not the manufacturer of the Franklin ladder, but in the ordinary course of its business, engaged in the selling or distributing of the Franklin ladder in the stream of commerce in Ohio.

6

0H089 - T73

28. Pursuant to R.C. § 2307.78, Defendant Harbor Freight was negligent in selling, distributing, or otherwise placing the Franklin ladder in the stream of commerce and having the Franklin ladder available for purchase by Plaintiff David Stroud. Furthermore, the Franklin ladder did not conform, when it left the control of Harbor Freight, to a representation made by Harbor Freight, and that representation and the failure to conform to it, in addition to the negligent sale, distribution, and placement of the Franklin ladder into the stream of commerce were a proximate cause of Plaintiff David Stroud's injuries and damages described above.

29. Pleading in the alternative, Defendant Jiangsu is not subject to judicial process in Ohio.

30. Pleading in the alternative, Plaintiffs would be unable to enforce a judgment against Defendant Jiangsu and/or the actual manufacturer of the Franklin ladder due to the actual or asserted insolvency of the manufacturer.

31. Pleading in the alternative, Defendant Harbor Freight owned, or when the Franklin ladder was supplied to Plaintiff David Stroud, was owned in whole or in part by Defendant Jiangsu or the manufacturer of the Franklin ladder.

32. Pleading in the alternative, Defendant Harbor Freight created or furnished a manufacturer with the design or formulation that was used to produce, create, make, construct, assemble or rebuild the Franklin ladder or a component of the Franklin ladder.

33. Pleading in the alternative, Harbor Freight and/or Jiangsu and/or the manufacturer marketed the Franklin ladder under the Harbor Freight label or trade name.

34. Pleading in the alternative, Defendant Harbor Freight altered, modified, or failed to maintain the Franklin ladder after it came into possession of, and before it left the possession of Harbor Freight, and the alteration, modification, and failure to maintain the Franklin ladder left it defective.

35. Pleading in the alternative, Defendant Harbor Freight failed to respond timely and reasonably to a written request on behalf of Plaintiff David Stroud to disclose the name and address of the manufacturer of the Franklin ladder.

36. As a direct and proximate result of the violations of R.C. § 2307.78, Defendant Harbor Freight has supplier liability to Defendant David Stroud for the injuries and damages described above as the ladder bent and collapsed on November 30, 2022.

37. Defendant Harbor Freight is subject to liability for this product liability claim as if it was the manufacturer of the Franklin ladder under Ohio law.

38. Plaintiffs are legally entitled to collect all damages from Harbor Freight as if Harbor Freight, as the supplier, was the actual manufacturer of the Franklin ladder.

### COUNT TWO: LOSS OF CONSORTIUM

39. Plaintiffs restate the allegations in paragraphs #1-38, above.

40. Plaintiff Beth Stroud asserts that she is and was the spouse of Plaintiff David Stroud at all times relevant to this incident.

41. As a direct and proximate result of the negligence and product liability of Defendants Harbor Freight and/or Jiangsu described above, Plaintiff Beth Stroud has lost the care, comfort, services, support, and consortium of her husband, Plaintiff David Stroud.

8

OH089 - T75

WHEREFORE, Plaintiffs demand money damages to which they are entitled against the defendants in excess of $25,000 each, and for all other relief to which they are entitled in law and equity.

/s/ Curtis M. Fifner
Curtis M. Fifner (0082599)
Elk & Elk Co., Ltd.
5100 Parkcenter Ave, Suite 100
Dublin, Ohio 43017
Phone: (614) 230-0634
Fax: (877) 355-1355
Email: cfifner@elkandelk.com
Attorney for Plaintiffs

## JURY DEMAND

Plaintiffs request that this case be heard by a jury of eight.

/s/ Curtis M. Fifner
Curtis M. Fifner (0082599)
Attorney for Plaintiffs

9

DEC 06 2024

THIS PAGE INTENTIONALLY LEFT BLANK

# EXHIBIT B

E4104  **UNITED STATES**
**POSTAL SERVICE.**

Date Produced: 12/16/2024

COC:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 1952 2809 1421 35. Our records indicate that this item was delivered on 12/09/2024 at 11:10 a.m. in CALABASAS, CA 91302. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :  **26677 AGOURA RD,**
**CALABASAS, CA 91302**

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:      9130224CV09213STROU

# EXHIBIT C



**UNITED STATES**
E410 **POSTAL SERVICE.**

FILED
COMMON PLEAS COURT
FRANKLIN CO. OHIO

2024 DEC 10 PM 12: 57

CLERK OF COURTS

Date Produced: 12/09/2024

COC:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 1952 2809 1421 42. Our records indicate that this item was delivered on 12/06/2024 at 12:24 p.m. in CINCINNATI, OH 45202. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :     **119 E COURT ST, CINCINNATI, OH 45202**

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:     4520224CV09213STROU

# EXHIBIT D



## Department of State: Division of Corporations

HOME

### Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 2791825 | Incorporation Date / Formation Date: | 9/3/1997 (mm/dd/yyyy) |
| Entity Name: | HARBOR FREIGHT TOOLS USA, INC. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | CORPORATE CREATIONS NETWORK INC. | | |
| Address: | 3411 SILVERSIDE ROAD TATNALL BUILDING STE 104 | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19810 |
| Phone: | | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status, Tax & History Information

[Submit]

[View Search Results]     [New Entity Search]

# EXHIBIT E

 Join now   Sign in

Harbor Freight Tools in Worldwide



**HARBOR FREIGHT**

Great jobs | People first | We build careers



## Harbor Freight Tools

Retail

Calabasas, CA · 105,226 followers

Quality Tools, Lowest Prices. Your Talent. Our Tools.

See jobs    Follow

 **View all 9,502 employees**

**Overview**    Jobs    Life

## About us

In 1977, when Harbor Freight Tools was started as a small family-owned business, we made a commitment to provide working people with great quality tools at the lowest prices. And for over 40 years, Harbor Freight Tools has done just that. From hand tools and generators, to air and power tools, from shop equipment to automotive tools, Harbor Freight offers more than 5,000 tools and accessories at quality levels that match or exceed competing brands, but at prices that are up to 80% less.

We're not your typical retailer. We're a team of high-achievers, who have a passion for excellence and continuous improvement and obsess about getting things done. We're also equally committed to doing the right thing and giving back to our community. And for us, collaboration is the golden rule. We're a 40 year-old, $6 billion company with over 30 million loyal customers and growing. If

you are looking for a not so ordinary and highly rewarding career opportunity, we would love to talk with you.

Delivering Value to the Hardworking Since 1977

| | |
|---|---|
| **Website** | http://www.HFJobs.com |
| **Industries** | Retail |
| **Company size** | 10,001+ employees |
| **Headquarters** | Calabasas, CA |
| **Type** | Privately Held |
| **Founded** | 1977 |

**Specialties**

Retail, Tools, Home Improvement, Generators, and Compressors

## Locations

Primary

26541 Agoura Road
Calabasas, CA 91302, US

Get directions

## Employees at Harbor Freight Tools

**Phil Houtz**
Content Strategist / Product Information Specialist

**Jae H. Kim**