**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**DAVID STROUD**, *et al.*,

      **Plaintiffs,**                    **Case Number 2:25-cv-7**
                                        **Judge Edmund A. Sargus, Jr.**
      **v.**                            **Magistrate Judge Chelsey M. Vascura**

**HARBOR FREIGHT AND TOOLS USA,**
**INC.**, *et al.*,

      **Defendants.**

## **ORDER**

This matter is before the Court on a Report and Recommendation issued by the Magistrate Judge on April 17, 2026. (ECF No. 32.) The Magistrate Judge recommends that Plaintiffs David Stroud and Beth Stroud's claims against Defendant Jiangsu Yingdeli Industrial Co, Ltd. be dismissed under Federal Rule of Civil Procedure 41(b). (*Id.*)

As explained by the Magistrate Judge, for over one year, Plaintiffs struggled to effect service of process over Jiangsu, a corporation based in China. (*Id.* PageID 196.) In February 2026, the Court gave Plaintiffs 30 days to "either serve process over Jiangsu Yingdeli Industrial Co, Ltd.; file a motion to drop Jiangsu Yingdeli Industrial Co, Ltd. as a party under Federal Rule of Civil Procedure 21; or file a properly supported motion for expedited discovery under Federal Rule of Civil Procedure 26(d)." (ECF No. 30, PageID 193.) Plaintiffs did not take any of the actions, so the Court ordered them to show cause as to why the Court should not dismiss the claims against Jiangsu. (ECF No. 31, PageID 195.) The Court warned Plaintiffs that failure to show cause will result in dismissal of their claims against Jiangsu for failure to prosecute. (*Id.*) Plaintiffs did not respond. Accordingly, the Magistrate Judge issued a Report and Recommendation recommending dismissal of Plaintiffs' claims against Jiangsu pursuant to

Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with a court order. (ECF No. 32, PageID 197–98.)

After a magistrate judge issues a report and recommendation, any party may object within 14 days by serving and filing written objections to the magistrate judge's proposed findings and recommendations. 28 U.S.C. § 636(b)(1)(C). Failure to object results in waiver of the right to a *de novo* review of the report and recommendation by the district court. *See United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981). Plaintiffs were advised of their right to object to the Report and Recommendation and the consequences of failing to do so. (ECF No. 32, PageID 198–99.) Plaintiffs did not object to the Report and Recommendation.

Accordingly, the Court **ADOPTS** and **AFFIRMS** the Report and Recommendation. (ECF No. 32.) Plaintiffs' claims against Defendant Jiangsu Yingdeli Industrial Co, Ltd. are **DISMISSED** under Federal Rule of Civil Procedure 41(b). The Clerk is **DIRECTED** to terminate Defendant Jiangsu Yingdeli Industrial Co, Ltd. from the docket.

This case remains open.

**IT IS SO ORDERED.**

**6/4/2026**　　　　　　　　　　　　　　　　　　　**s/Edmund A. Sargus, Jr.**
**DATE**　　　　　　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**